IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BASKIN-ROBINS FRANCHISING, LLC, DUNKIN' DONUTS FRANCHISING, LLC, DD IP HOLDER, LLC, and BR IP HOLDER, LLC, | § | |
| *Plaintiffs,* | § | |
| V. | § | CIVIL ACTION NO. SA-24-CV-00810-FB |
| ALAMO DONUTS LLC, JEFFREY PHILLIPS, and 410 SAN PEDRO LLC, | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Amended Report and Recommendation of United States Magistrate Judge (ECF No. 33), filed on August 27, 2026, concerning Plaintiffs' Motion for Default Judgment (ECF No. 31). To date, no objections to the Amended Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that the Amended Report and Recommendation of United States Magistrate Judge (ECF No. 33) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiffs' Motion for Default Judgment, (ECF No. 31) is GRANTED in PART and DENIED in PART. Specifically, Plaintiffs are GRANTED the following:

(1) B-R Franchising and Dunkin' Franchising are awarded judgment jointly and severally against Alamo Donuts, LLC, and Phillips for all amounts due and owing under and related to the San Pedro Franchise Agreement and personal guarantee thereof,

(2) B-R Franchising and Dunkin' Franchising are awarded judgment jointly and severally against Alamo Donuts, LLC, and Phillips for all amounts due and owing under and related to the Military Highway Franchise Agreement and personal guarantee thereof,

(3) B-R Franchising and Dunkin' Franchising are awarded judgment jointly and severally against Alamo Donuts, LLC, and Phillips in an amount equal to such Plaintiffs' collection costs, including reasonable attorneys' fees, incurred in asserting all rights and collecting all amounts due under the various agreements, subject to the conditions provided herein,

(4) B-R Franchising and Dunkin' Franchising are awarded judgment jointly and severally against Alamo Donuts, LLC, and Phillips in an amount equal to all pre- and post-judgment interest that has accrued and will continue to accrue until paid in full, and

(5) Plaintiffs are awarded judgment in the form of a permanent injunction against Defendants Alamo Donuts, LLC, and Jeffrey Phillips to prohibit their unauthorized use of B-R and Dunkin' marks with respect to the San Pedro restaurant. *See* FED. R. CIV. P.

65(d)(2)(B) (providing for scope of such relief with respect to party's *inter alia* officers, agents, servants, and employees).

All other relief not provided for herein is DENIED.

IT IS FURTHER ORDERED that Plaintiffs shall, **within 30 days after the date of this Order**, file a motion requesting entry of judgment and attaching a proposed judgment, including injunction language that conforms with the scope of injunctive relief awarded herein.

It is so ORDERED.

SIGNED this 16th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE